| Fill in this information to identify your case: |
|---|
| United States Bankruptcy Court for the: |
| **SOUTHERN DISTRICT OF FLORIDA** |
| Case number *(if known)* _____ Chapter 15 |

☐ Check if this an amended filing

Official Form 401
# Chapter 15 Petition for Recognition of a Foreign Proceeding     12/15

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

1. **Debtor's name**     Leo R. Rautins

2. **Debtor's unique identifier**     For non-individual debtors:
   ☐ Federal Employer Identification Number ____
   ☐ Other ____. Describe identifier ____.
   
   **For individual debtors**
   ☐ Social Security Number: ____
   ☐ Individual Taxpayer Identification Number (ITIN): ____
   ☑ Other **XXX XXX 053**. Describe identifier **Canadian Social Security Number**.

3. **Name of foreign representative(s)**     **Grant Thornton Limited**

4. **Foreign proceeding in which appointment of the foreign representative(s) occurred**     **Superior Court of Ontario (Toronto)**

5. **Nature of the foreign proceeding**
   *Check one:*
   ☑ Foreign main proceeding
   ☐ Foreign nonmain proceeding
   ☐ Foreign main proceeding, or in the alternative foreign nonmain proceeding

6. **Evidence of the foreign proceeding**
   ☑ A certified copy, translated into English, of the decision commencing the foreign proceeding and appointing the foreign representative is attached.
   ☐ A certificate, translated into English, from the foreign court, affirming the existence of the foreign proceeding and of the appointment of the foreign representative, is attached.
   ☐ Other evidence of the existence of the foreign proceeding and of the appointment of the foreign representative is described below, and relevant documentation, translated into English, is attached.
   _____

7. **Is this the only foreign proceeding with respect to the debtor known to the foreign representative(s)?**
   ☐ No. (Attach a statement identifying each country in which a foreign proceeding by, regarding, or against the debtor is pending).
   ☑ Yes

8. **Others entitled to notice**  Attach a list containing the names and addresses of:
   (i) all persons or bodies authorized to administer foreign proceedings of the debtor,
   (ii) all parties to litigation pending in the United States in which the debtor is a party at the time of filing of this petition, and
   (iii) all entities against whom provisional relief is being sought under § 1519 of the Bankruptcy Code.

9. **Addresses**

   **Country where the debtor has the center of its main interests:**
   Canada

   **Debtor's registered office:**
   _____
   P.O. Box, Number, Street, City, State/Province/Region & ZIP/Postal Code
   _____
   Country

   **Individual debtor's habitual residence:**
   2030 S.E. Madison Street, Stuart, Florida 34997
   P.O. Box, Number, Street, City, State/Province/Region & ZIP/Postal Code
   USA
   Country

   **Address of foreign representative(s):**
   200 King Street West, 11th Floor, Toronto, Ontario M5H 3T4
   P.O. Box, Number, Street, City, State/Province/Region & ZIP/Postal Code
   Canada
   Country

10. **Debtor's website** (URL)  _____

11. **Type of debtor**

    *Check one:*

    ☐ Non-individual (*check one*):

      ☐ Corporation. Attach a corporate ownership statement containing the information described in Fed. R. Bankr. P. 7007.1.

      ☐ Partnership

      ☐ Other. Specify: _____

    ☑ Individual

**12. Why is the venue proper in *this district*?**

*Check one:*

- [x] Debtor's principal place of business or principal assets in the United States are in this district.
- [ ] Debtor does not have a place of business or assets in the United States, but the following action or proceeding in a federal or state court is pending against the debtor in this district.

  _____
- [ ] If neither box is checked, venue is consistent with the interests of justice and the convenience of the parties, having regard to the relief sought by the foreign representative, because:

  _____

**13. Signature of foreign representative(s)**

I request relief in accordance with the chapter 15 of title 11, United States Code.

I am the foreign representative of a debtor in a foreign proceeding, the debtor is eligible for the relief sought in this petition, and I am authorized to file this petition.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct,

X _/s/ Paul Wooton_____
Signature of foreign representative

Executed on  12/03/2019
MM / DD / YYYY

Daniel Wooton, as authorized representative of Trustee
Printed name

X _____
Signature of foreign representative

Executed on _____
MM / DD / YYYY

Printed name

**14. Signature of attorney**

X  */s/ Eric J. Silver*
Signature of Attorney for foreign representative

Date  12/03/19
MM / DD / YYYY

Eric J. Silver, Esq.
Printed name

Stearns Weaver MIller Weissler Alhadeff & Sitterson, P.A.
Firm name

150 West Flagler Street, Suite, 2200, Miami, Florida 33130
Number, Street, City, State & ZIP Code

305-789-3200
Contact phone

esilver@stearnsweaver.com
Email address

057262 FL
Bar number and State

List pursuant to Bankruptcy Rule 1007(a)(4):

(i)    Daniel Wootton, CIRP, LIT
       Grant Thornton Limited
       200 King Street West, 11th Floor,
       Toronto, Ontario M5H 3T4

(ii)    None.

(iii)    None.